Louise Wegner, plaintiff and appellee, v. Harry Lanski et al., defendants, on appeal of Harry Lanski, appellant. Gen. No. 29,381.

Action for false imprisonment. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed December 16, 1924.

Isaac B. Lipson and Joseph A. Golde, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.